UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAS W. MCMAHON, | No. 2:15-cv-0036 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a complaint seeking judicial review of a final decision of the Commissioner denying plaintiff's application for benefits and an application to proceed in forma pauperis.

Although this action has been filed in the Sacramento Division of the United States District Court for the Eastern District of California, the complaint alleges that plaintiff's primary residence is in Tuolumne County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court in accordance with Local Rule 120(d) may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of this court for all further proceedings.

1

Good cause appearing, IT IS ORDERED that:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

    2. All future filings shall reference the new Fresno case number assigned by the Clerk of the Court and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: January 8, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.soc sec\mcmahon0036.transfer.ord.docx